# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SHERESE ABRAMS, | : No. 499 EAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PHILADELPHIA GAS WORKS, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.